# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW

2125 CENTER AVENUE, SUITE 100

FORT LEE, NEW JERSEY 07024

Tel: (201)292-0150

Fax: (201)292-0152

RONALD RAAB*

IRA A. STURM***

ARI D. GANCHROW*

MAURA E. BREEN**

SAMUEL R. BLOOM****

————

* ADMITTED IN NY AND NJ

** ADMITTED IN NY AND CT

*** ADMITTED IN NY AND FLA

****ADMITTED IN NY, NJ AND MD

March 30, 2022

By:  ECF

The Honorable Ronnie Abrams

United States District Judge

Southern District of New York

United Sates Courthouse

40 Foley Square

New York, New York 10007

Re:     Janczewski v. Building Service 32BJ Health Fund, et al.

SDNY Docket No 22-CV-157 (RA)

Dear Judge Abrams,

The undersigned is counsel to the defendants, Building Service 32BJ Health Fund ("Health Fund") and Building Service 32BJ Pension Fund ("Pension Fund")(jointly, the "Funds"), in the above captioned matter.  The purpose of this letter is to jointly request that the Court allow the Defendants to withdraw, without prejudice, their motion to dismiss, and to then stay the proceedings, to allow Plaintiff to  exhaust his internal appeals.

The underlying complaint was brought pursuant to ERISA by Grzegorz Janczewski ("Plaintiff") a beneficiary of the Funds. The complaint alleged that the Funds violated ERISA in not granting Plaintiff a Long Term Disability Benefit and continued health care coverage from the Health Fund and in not granting Plaintiff a Disability Pension from the Pension Fund.

Upon receipt of the complaint. The Funds moved for dismissal on two grounds.  The Funds asserted that the claim was untimely and that Plaintiff had failed to exhaust his internal appeal rights.  Upon the Funds' receipt of Plaintiff's responsive papers, the parties conferred and agreed

that the Plaintiff should have an opportunity to file internal appeals and thereby exhaust the internal appeal process.

The Funds have agreed to accept the appeals as timely. The granting of a stay in such circumstances has been recognized by the Courts in this District  as an acceptable course of action. (See, e.g. *Wegmann v Young Adult Inst., Inc.*, 2016 US Dist LEXIS 104033 [SDNY Aug. 5, 2016], and the cases cited therein.)

The parties have executed the attached stipulation and proposed order for the Court's consideration and approval.

Respectfully submitted,

s/   Ira A. Sturm

Cc:     Livius M. Ilasz (By: ECF)
        Patricia DeSalvo (By: Email pdesalvoesq@gmail.com)

UNITED STATES DISTRICT COURT
SOUTHERN DISRTRICT OF NEW YORK
-----------------------------------------------------------------------X
GRZEGORZ JANCZEWSKI,

        Plaintiff,

       -against-

BUILDING SERVICE 32BJ HEALTH FUND and
BUILDING SERVICE 32BJ PENSION FUND,

        Defendants.
-----------------------------------------------------------------------x

STIPULATION AND
PROPOSED ORDER
22-CV-157(RA)

WHEREAS, Grzegorz Janczewski ("Plaintiff"), brought the above captioned matter against the Building Service 32BJ Health Fund ("Health Fund") and Building Service 32BJ Pension Fund ("Pension Fund")(jointly the "Funds"), asserting claims concerning the denial of a Long Term Disability benefit and continued medical care from the Health Fund and the denial of a Disability Pension from the Pension Fund ; and

WHEREAS the Funds have moved for dismissal and Plaintiff has opposed dismissal; and

WHEREAS, the parties have agreed to treat any internal appeals that may be filed in connection with the issues raised in the Complaint in this matter as timely filed:

IT IS HEREBY stipulated and agreed, subject to Court approval of this stipulation:

1.    The Funds' motion to dismiss (Docket Entry No. 10) is withdrawn, without prejudice.

2.    Plaintiff may file internal appeals to any decisions or determinations by the Funds, which are the subjects of the Complaint on or before May 16, 2022, and the Funds will treat those appeals as timely.

3.      The underlying action shall be stayed pending exhaustion of the internal appeal

process.

4.      Upon exhaustion of the internal appeal process, either party may request of the

Court that the stay of this matter be lifted and that the case then proceed.


Dated: February 16, 2022

Ilasz & Associates

By: Livius Ilasz, Esq.
Attorneys for Plaintiff
1 Maiden Lane, 9th Floor
New York, New York 10038
212-480-2222

Raab, Sturm & Ganchrow, LLP

By:  Ira A. Sturm, Esq.
Attorneys for Defendants
2125 Center Avenue, Suite 100
Fort Lee, New Jersey 07024
201-292-0150


For the reasons stated in the parties' joint letter, this
case is stayed until further notice.  The conference
scheduled for April 8 is canceled.  The Clerk of
Court is respectfully directed to terminate the
motion at docket number 10.  The parties shall
submit a status letter within one week of the
exhaustion of the internal appeal process or by July
1, 2022, whichever is earlier.


SO ORDERED.

Hon. Ronnie Abrams
April 1, 2022