**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 07/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRZEGORZ JANCZEWSKI,

　　　　　　　　　Plaintiff,

　　　v.

BUILDING SERVICE 32BJ HEALTH
FUND, BUILDING SERVICE 32BJ
PENSION FUND,

　　　　　　　　　Defendants.

---

No.  22-CV-0157 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

　　　At the request of Defendants' counsel, the conference scheduled for August 12, 2022 at 11:00 a.m. is rescheduled to August 12, 2022 at 3:30 p.m.

　　　By August 5, 2022, Defendants shall submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1.　A brief description of the nature of the action and the principal defenses thereto;

2.　A brief explanation of why jurisdiction and venue lie in this Court.  If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business.  If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3.　A brief description of all contemplated and/or outstanding motions.  In particular, Defendants shall indicate whether they contemplate renewing their motion to dismiss;

4.　A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5.　A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.     The estimated length of trial; and

7.     Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

Plaintiff may also submit a letter but is not required to do so.  As noted in the attached Special Rules & Practices in Civil *Pro Se* Cases, all communications with the Court by a *pro se* party must be sent to the Pro Se Intake Unit located at 500 Pearl Street, Room 200, New York, NY, 10007.

IT IS FURTHER ORDERED that, by August 5, 2022, Defendants shall jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams.  The status letter and the proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.  Prior to submitting the proposed order, Defendants shall make reasonable efforts to confer with Plaintiff regarding their proposal. Defendants shall indicate in their proposed case management plan and scheduling order whether Plaintiff agrees with the proposal.  If Plaintiff disagrees with Defendants' proposal, he may, if he wishes to do so, submit a separate proposed case management plan and scheduling order, also by no later than June 10, 2022.  Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

Plaintiff is advised that, to the extent he wishes to consult with the New York Legal Assistance Group's clinic for *pro se* litigants, he may do so by visiting its website at nylag.org/pro-se-clinic or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

2

Defendants' counsel has agreed to serve this Order on Plaintiff via email.  In addition, the Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:     July 20, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge